1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11   MARK ALLEN, an individual,

CASE NO. 07cv1367-LAB (RBB)

12                              Plaintiff,

**ORDER GRANTING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**

13        vs.

14   CUMIS INSURANCE SOCIETY, INC, a Wisconsin Corporation,

15                              Defendant.

16

17

18        On July 26, 2007, Plaintiff filed his complaint, which he amended on August 10.  The

19   parties have submitted a stipulation representing that Defendant only recently received the

20   amended complaint and requires additional time to respond to its detailed allegations.  Good

21   cause appearing, the time by which Defendant must answer the amended complaint is

22   hereby **EXTENDED** to October 4, 2007.

23

24        **IT IS SO ORDERED**.

25   DATED:  September 7, 2007

26

27   **HONORABLE LARRY ALAN BURNS**
     United States District Judge

28

07cv1367