1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MARK ALLEN, an individual, | CASE NO. 07CV1367 LAB (RBB) |
| 12                    Plaintiff, | Action Filed: July 26, 2007 |
| 13            v. | Hon. Magistrate Judge Ruben B. Brooks |
| 14  CUMIS INSURANCE SOCIETY, INC., a Wisconsin Corporation. | **ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE THE EARLY NEUTRAL EVALUATION SET FOR NOVEMBER 1, 2007, TO NOVEMBER 30, 2007** |
| 15                    Defendant. | |
| 16 | |

17

18

19

20

21

22

23

24

25

26

27

28

1

1    After considering the *ex parte* application filed by Defendant CUMIS Insurance Society,

2    Inc. ("CUMIS"), seeking an Order continuing the early neutral evaluation from November 1,

3    2007, to November 30, 2007, and all other matters and documents presented to the Court, and for

4    GOOD CAUSE APPEARING THEREFROM,

5         IT IS HEREBY ORDERED THAT:

6         1.    Plaintiff Cumis' *ex parte* application is GRANTED.

7         2.    The early neutral evaluation is continued from November 1, 2007, to

8

9              (a)  November 30, 2007, at 1:30 p.m.; or

10

11             (b)  _____, at _____ a.m./p.m.

12

13                           **ORDER**

14   IT IS SO ORDERED.

15

16   Dated:  October 19, 2007

17

18                              Hon. Ruben B. Brooks
19                              Magistrate Judge
                                U.S.D.C. Southern District of California

20

21

22

23

24

25

26

27

28

2